**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ryan Gentile
185 Cedar Lane - Suite U5
Teaneck, NJ 07666
Tel: 201-873-7675
Attorney for the Debtor

In Re:

Biny A. Baig

Case No.: 24-17136
Chapter: 13
Adv. No.:
Hearing Date: October 24, 2024
Judge: Sherwood

## CERTIFICATION OF SERVICE

1. I, Ryan Gentile :

   ☒ represent the Debtor in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On August 15, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   (1) Chapter 13 Plan filed with the Bankruptcy Court (ECF No. 13), (2) Chapter 13 Plan Transmittal Letter to First American Funding and (3) Zillow valuation for the real property located at 22 East 4th Street Bayonne, NJ 07002.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 15, 2024

/s/ Ryan Gentile
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Trinity Financial Services LLC<br>4521 PGA Blvd #295<br>Palm Beach Gardens, FL 33418<br>"to the attention of an officer, a managing or general agent, or to any other agent authorized by appointment | Secured creditor to be reclassified from secured to fully unsecured Certified Mail # 9589 071052701889166532 | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| or by law to receive service of process" | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*