Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−17136−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Biny A. Baig
   22 E. 4th Street
   Bayonne, NJ 07002

Social Security No.:
   xxx−xx−0509

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/15/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 15, 2024
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-17136-JKS |
| Biny A. Baig | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 15, 2024 | Form ID: 148 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Biny A. Baig, 22 E. 4th Street, Bayonne, NJ 07002-4204 |
| 520333883 | + | 1041 Louis Street LLC, 1041 Louisa St, Elizabeth, NJ 07201-1663 |
| 520333885 | + | Hudson County Sheriff's Office, 595 Newark Avenue, Jersey City, NJ 07306-2394 |
| 520333887 | + | Law Offices of Gus Michael Farinella, PC, 185 Cedar Lane - Suite U5, Teaneck, NJ 07666-4303 |
| 520333889 | + | ORIX REAL ESTATE CAPITAL INC., 1717 Main Street - Suite 900, Dallas, TX 75201-4687 |
| 520333890 | | RTLF-NJ-LLC, PO Box 8401, Carol Stream, IL 60197-8401 |
| 520333894 | + | Trinity Financial Services LLC, 1061 Bomar Ct, Mars, PA 16046-3046 |
| 520402333 | + | Trinity Financial Services, LLC, 4521 PGA Boulevard, Suite 295, Palm Beach Gardens,, FL 33418-3997 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 15 2024 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 15 2024 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Nov 15 2024 20:56:10 | Trinity Financial Services, LLC, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| 520333884 | + | EDI: CAPITALONE.COM | Nov 16 2024 01:38:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520333886 | ^ | MEBN | Nov 15 2024 20:55:57 | KML Law Group, P.C, Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520333888 | ^ | MEBN | Nov 15 2024 20:55:11 | Leopold & Associates, PLLC, 80 Business Park Drive, Suite 110, Armonk, NY 10504-1704 |
| 520333891 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 15 2024 21:08:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520333892 | + | Email/Text: ar@figadvisors.com | Nov 15 2024 21:07:00 | TFS Cust for FIG CAP INV NJ13, LLC, PO Box 54472, New Orleans, LA 70154-4472 |
| 520333893 | ^ | MEBN | Nov 15 2024 20:57:17 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259004, Plano, TX 75025-9004 |
| 520365000 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 15 2024 21:05:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520402996 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 15 2024 21:08:00 | U.S. Bank Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

Case 24-17136-JKS    Doc 25    Filed 11/17/24    Entered 11/18/24 00:18:06    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 15, 2024 | Form ID: 148 | Total Noticed: 19 |
| TOTAL: 11 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520389443 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor Trinity Financial Services LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ryan L. Gentile | on behalf of Debtor Biny A. Baig rlg@lawgmf.com rlgentile82@gmail.com;gmf@lawgmf.com;sp@lawgmf.com;firm@lawgmf.com;jemhardt@lawgmf.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5